Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JONATHAN TAVENNER,<br><br>Defendant. | Docket Number: 6:18-MJ-00028-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for May 21, 2019. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on June 26, 2018.

.

Dated: May 14, 2019    /S/ Susan St. Vincent
                                         Susan St. Vincent
                                         Legal Officer
                                         Yosemite National Park

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for May 21, 2019 in the above referenced matter, *United States v. Tavenner, 6:18-MJ-0028-JDP*, be vacated.

IT IS SO ORDERED.

Dated: __May 17, 2019__  _____
UNITED STATES MAGISTRATE JUDGE